An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: JEAN ROBERTS, DECEASED,

No. 69069

WILLIAM ROBERTS,
                          Appellant,
          vs.
UNKNOWN,
                          Respondent.

**FILED**

NOV 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court ruling in appellant's contest of a will. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal fails to identify any appealable order. The district court minutes reflect only an entry on July 24, 2015, on a "notice of hearing on diminished capacity and diminished liability clause, pro se appearance," in which the district court concludes that the documents before it are stray documents. No written order appears in the documents transmitted to this court or in the district court docket entries. Moreover, this court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See* NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34490

an appeal from an order ruling on stray documents. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Gloria Sturman, District Judge
        William Roberts
        Eighth District Court Clerk